# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

FACTORY MUTUAL INSURANCE )
COMPANY, as subrogee of Quebecor )
World, Inc., ALLIANZ GLOBAL RISKS )
U.S. INSURANCE COMPANY, as )
subrogee of Quebecor World, Inc., AXA )
CORPORATE SOLUTIONS INSURANCE )
COMPANY, as subrogee of Quebecor )
World, Inc., WINTERTHUR INSURANCE )
COMPANY, as subrogee of Quebecor )
World, Inc., GERLING AMERICA )
INSURANCE COMPANY, as subrogee of )
Quebecor World, Inc. and QUEBECOR )
WORLD, INC., )
       Plaintiffs, )
      )
     v. )          CASE NO. 3:05-CV-350-DRH
      )
UNDERWOOD INDUSTRIAL )
CONTRACTORS, INC., a foreign )
corporation, )
       Defendant. )

## ORDER

Comes now the Court, and having read and considered the Motion of the Defendant, Underwood Industrial Contractors, Inc., by counsel, to withdraw the Appearance of Jeffrey W. Henning of Rudolph, Fine, Porter & Johnson, LLP, and being duly advised in the premises now finds that said Motion should be and the same is hereby granted.

IT IS THEREFORE ORDERED, that the Appearance of Jeffrey W. Henning of Rudolph, Fine, Porter & Johnson, LLP for the Defendant be withdrawn.

DATED this 5th day of August, 2005.


          /s/   David RHerndon
          **UNITED STATES DISTRICT JUDGE**